# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**MINUTE ENTRY:**
**July 31, 2017**
**DISTRICT JUDGE JOHN W. deGRAVELLES**

**WILLIAM KISSINGER**

**VERSUS**

**JAMES LEBLANC, ET AL.**

**CIVIL ACTION**

**NO. 17-11-JWD-EWD**

This matter came on this day for oral argument on the Motion to Dismiss pursuant to Rule 12(b)(6), filed by Defendants James LeBlanc, Seth Smith, Darryl Vannoy, Stewart Hawkins, Michael Vaughn, Robert Tanner, Tim Hooper, Greg McKey, Stephen Waguespack, Sheila Robinson, Phyllis Wright, Becky Hill, Brandy Landry, Gregory Polozola, Walter Jarrell, and Jim Tillman (Doc. 34), and the Motion to Dismiss filed by Defendant Burl Cain (Doc. 36).

|  | |
|---|---|
| *Present were:* | **Katharine Murphy Schwartzmann** |
| | *Counsel for Plaintiff* |
| | **James Garrison Evans** |
| | *Counsel for Defendants* |

Counsel presented arguments.

For oral reasons assigned, **IT IS ORDERED** that Motion to Dismiss pursuant to Rule 12(b)(6), filed by Defendants James LeBlanc, Seth Smith, Darryl Vannoy, Stewart Hawkins, Michael Vaughn, Robert Tanner, Tim Hooper, Greg McKey, Stephen Waguespack, Sheila Robinson, Phyllis Wright, Becky Hill, Brandy Landry, Gregory Polozola, Walter Jarrell, and Jim Tillman (Doc. 34) is **DENIED.**

**IT IS FURTHER ORDERED** that Defendant Cain's Motion to Dismiss (Doc. 36), is

**GRANTED IN PART** and Plaintiff's claims against Cain are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff is granted leave to file an Amended Complaint to allege sufficient allegations against Cain within 30 days from today.

Signed in Baton Rouge, Louisiana, on <u>August 2, 2017</u>.

_____

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

Cv 25b T: 1:30
GINA DELATTE-RICHARD