UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WILLIAM KISSINGER** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 17-0011-JWD-EWD** |
| **VERSUS** | * | |
| | * | **JUDGE JOHN W. deGRAVELLES** |
| | * | |
| **JAMES M. LEBLANC, ET AL** | * | **MAGISTRATE JUDGE** |
| | * | **ERIN WILDER-DOOMES** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the Parties' *Motion to Dismiss* filed in the above captioned matter, and the Settlement Agreement appended thereto:

**IT IS HEREBY ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE**, subject to either party's right to seek enforcement of the Settlement Agreement.

Signed in Baton Rouge, Louisiana, on September 6, 2017.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

1